**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**   FILED

17 MAY -3 PM 12: 56

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No. 17-cr-00~~779~~ (illegible) |
| vs. | |
| CHANTAL FLORES, | JUDGMENT OF DISMISSAL |
| Defendant. | |

BY_____ (illegible) _____DEPUTY

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☐ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☒ the Court has granted the motion of the Government for dismissal, without prejudice; or

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense(s) as charged in the Information:

_8:1324(a)(2)(B)(iii); 18:2 – Bringing in aliens without presentation; Aiding and abetting_

Dated:  5/2/2017

Hon. Jill L. Burkhardt
United States District Judge